An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GIOVANNA WESTWOOD,
                    Appellant,
            vs.
RMS & ASSOCIATES; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; SOUTHWEST
SECURITIES FSB; JP MORGAN
CHASE BANK, N.A., A/K/A JP
MORGAN CHASE BANK, NATIONAL
ASSOCIATION; CHASE HOME
FINANCE LLC; AND NATIONAL
DEFAULT SERVICING
CORPORATION,
                    Respondents.

No. 68166

**FILED**

JUN 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment and expunging a lis pendens and denying appellant's motion for a temporary restraining order. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This appeal is assigned to this court's pilot program for civil litigants proceeding in pro se. Our review of the documents before this court reveals a jurisdictional defect. Specifically, the notice of appeal is from a minute order entered by the district court on May 28, 2015. It appears that the district court has not entered a final written judgment, and the notice of appeal is premature. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). Once the district court has entered a final, written

15-18997

order resolving all of the claims and issues below, any aggrieved party may appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jerry A. Wiese, District Judge
       Giovanna Westwood
       Tiffany & Bosco, P. A.
       Santoro Whitmire
       Smith Larsen & Wixom
       Eighth District Court Clerk